*Jacob Carpenter* v. *Jacob Rapelye et al.* W. SILLIMAN, for appellant; S. F. CLARKSON, for respondents. Order of the assistant vice chancellor affirmed with costs.